IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERI BEARD     PLAINTIFF

V.     No. 1:10CV145-A-D

CITY OF TUPELO, MISSISSIPPI     DEFENDANT

## ORDER ON MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion to Dismiss [5] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 16th day of December, 2010.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**